**IT IS ORDERED as set forth below:**

**Date: June 10, 2020**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| CARLTON RUFFIN, | : | CASE NO. 19-57751-JWC |
| | : | |
| Debtor. | : | |
| | : | |
| S. GREGORY HAYS, Chapter 7 Trustee for the Estate of Carlton Ruffin, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Adv. Pro. No. 20-06030-JWC |
| | : | |
| U. S. SECRETARY OF HOUSING AND URBAN DEVELOPMENT, | : | |
| | : | |
| Defendant. | : | |

**FINAL JUDGMENT**

On February 4, 2020, S. Gregory Hays, as Chapter 7 Trustee for the bankruptcy estate (the "**Bankruptcy Estate**") of Carlton Ruffin and plaintiff herein (the "**Trustee**"), filed his *Complaint*

15070579v1

[Doc. No. 1] (the "**Complaint**") against the U. S. Secretary of Housing and Urban Development ("**HUD**"), seeking an order and judgment holding that: (a) a certain HUD Deed,[1] executed by Debtor in favor of HUD and through which Debtor granted a security interest (the "**First Transfer**" and with any transfer that arose by virtue of recording the HUD Deed, the "**Transfers**") in that certain real property with a common address of 1610 Neighborhood Walk, McDonough, Henry County, Georgia 30252 (the "**Property**"),[2] is patently defective and thus the Transfers are avoidable by Trustee under 11 U.S.C. 544(a)(3); (b) Trustee is entitled to recover from HUD the interest in the Property, or any sale proceeds resulting from the Property, that was transferred through the Transfers under 11 U.S.C. § 550; and (c) the Transfers are preserved for the benefit of the Bankruptcy Estate under 11 U.S.C. § 551.

On April 9, 2020, HUD filed an answer [Doc. No. 4] to the Complaint.

On April 14, 2020, Trustee filed *Plaintiff's Motion for Summary Judgment* and related papers [Doc. Nos. 5-8] (collectively, the "**Motion for Summary Judgment**") seeking summary judgment under all counts of the Complaint. On April 27, 2020, HUD filed the *United States' Response to Motion for Summary Judgment* [Doc. No. 9] (the "**Response**"), stating, among other things, that it does not have a basis to oppose the relief requested by Trustee in the Motion for Summary Judgment.

The Court has entered an order granting Trustee's Motion for Summary Judgment.

The Court having considered the entire record in this Adversary Proceeding and having entered an order granting Trustee's Motion for Summary Judgment; and, for good cause shown, it

---

1  Capitalized terms not defined herein shall have the meanings ascribed to them in Trustee's Complaint [Doc. No. 1].

2  The HUD Deed was recorded on the real property records of the Clerk of the Superior Court of Henry County, State of Georgia on February 14, 2019, beginning at Page 1 of Deed Book 16303. [Doc. No. 1 at ¶ 15]; [Doc. No. 4 at ¶ 15].

15070579v1

is hereby

**ORDERED AND ADJUDGED** that all Transfers arising from or as a result of the HUD Deed are avoided under 11 U.S.C. § 544(a)(3), pursuant to Count I of the Complaint [Doc. No. 1]. It is further

**ORDERED AND ADJUDGED** that Trustee hereby recovers from HUD the interest in the Property, or any sale proceeds resulting from the Property, transferred through the avoided Transfers under 11 U.S.C. § 550, pursuant to Count II of the Complaint [Doc. No. 1]. It is further

**ORDERED AND ADJUDGED** that the Transfers are preserved for the benefit of the Bankruptcy Estate under 11 U.S.C. § 551, pursuant to Count III of the Complaint [Doc. No. 1].

### [END OF DOCUMENT]

Judgment prepared and presented by:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
  Michael J. Bargar
  Georgia Bar No. 645709
  michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
(404) 873-7030 Telephone
(404) 873-7031 Facsimile

15070579v1

**Distribution List**

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Andres H. Sandoval
United States Attorney's Office
Suite 600
75 Ted Turner Drive SW
Atlanta, GA 30303

15070579v1